UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Rudolph Antonio Russell                              Docket No. 5:03-CR-328-1FL

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rudolph Antonio Russell, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 18, 2004, to the custody of the Bureau of Prisons for a term of 148 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On June 11, 2012, the defendant's term of imprisonment was reduced from 148 months to 120 months.

Rudolph Antonio Russell was released from custody on November 21, 2012, at which time the term of supervised release commenced.

On May 6, 2015, the court was notified that the defendant had been arrested and charged with Driving While Impaired in Johnston County, North Carolina. The defendant stated he had attended a family function at a relative's house, admitted consuming alcohol at the event, and was in a parked car along the roadside in front of the house without the engine running. The defendant denied driving a vehicle while impaired. Supervision was permitted to continue with no punitive sanction while the Driving While Impaired charge was resolved in state court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 17, 2017, the defendant was convicted of Level V Driving While Impaired in Johnston County District Court. He received a 60 day suspended sentence and 12 months of unsupervised probation. The defendant's license has also been suspended for one year. As a result of his conviction, the defendant will be required to complete substance abuse treatment before he can become eligible to drive a motor vehicle again. We are also recommending the defendant be required to complete 24 hours of community service work as a result of his conviction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Rudolph Antonio Russell
Docket No. 5:03-CR-328-1FL
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,	I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller	/s/ Scott Plaster
Jeffrey L. Keller	Scott Plaster
Supervising U.S. Probation Officer	U.S. Probation Officer
	310 New Bern Avenue, Room 610
	Raleigh, NC 27601-1441
	Phone: 919-861-8808
	Executed On: February 16, 2017

**ORDER OF THE COURT**

Considered and ordered this ___17th___ day of ___February___, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge